IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JULIANA ROTERT,

        Plaintiff,

v.                                Case No. 04-2098-CM-DJW

JOHN E. POTTER,
Postmaster General,
UNITED STATES POSTAL SERVICE,

        Defendant.

## STIPULATION OF DISMISSAL

    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate, through their counsel, that they have settled all disputed claims, and therefore this case is dismissed with prejudice.

        Respectfully submitted,

        s/ Sarah A. Brown
        SARAH A. BROWN
        406 West 34th Street, Suite 623
        Kansas City, Missouri 64111
        (816) 931-9901
        Ks. S. Ct. # 12130

        Counsel for Plaintiff Juliana Rotert

        s/Christina L. Medeiros
        CHRISTINA L. MEDEIROS
        Assistant United States Attorney
        500 State Avenue, Suite 360
        Kansas City, Kansas 66101
        (913) 551-6730
        Ks. S. Ct. # 12884

        Counsel for Defendant Postmaster General John E. Potter